**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

REGINA G. JONES o/b/o § 
ANFRENEE GERALD TURNER § 
§ 
Plaintiff, § 
§ 
v. §    Case No. 2:19-cv-0249-JRG-RSP
§ 
COMMISSIONER, SOCIAL SECURITY § 
ADMINISTRATION, § 
§ 
Defendant.

## JUDGMENT

Currently before the Court is the Report and Recommendation of the Magistrate Judge (Dkt. No. 15).  Having considered the record *de novo*, and there being no objections by either party, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. Accordingly,

IT IS ORDERED AND ADJUDGED that the ruling below be affirmed and this action be DISMISSED WITH PREJUDICE.

## So Ordered this

**Mar 30, 2021**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE